DOUGLAS F. STORER, Respondent, v. BION EXHIBITS, INC., Appellant, et al., Defendants.—

No opinion. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur. [See 280 App. Div. 806.]